UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Chris Humphreys )
*Plaintiff* )
)
)
)
)
) Case Number: W09CA206
v. )
)
)
)
)
The Inspiration Networks )
*Defendant* )
)

FILED
AUG 18 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

### Complaint

1. Chris Humphreys is an independent television producer with credits on multiple programs. His address is 309 Chamberly Rd. Waco, TX 76712. He brings this complaint due to a breach of contract by The Inspiration Networks.

2. The Inspiration Networks is a cable television network located at 3000 World Reach Drive, Indian Land, SC 29707.

3. Federal Diversity jurisdiction is proper in this case under 28 USC § 1332. There is diversity of citizenship between the parties and the amount in controversy is in excess of $75,000.

4. In October of 2005 Chris Humphreys traveled to Europe to begin filming two episodes and a pilot for a travel television program called "Getting Out of The City."

5. In March of 2006 Mr. Humphreys began a dialogue with Pam Oden, who was then the Senior Account Executive for The Inspiration Networks, and a meeting was scheduled between her and Mr. Humphreys for April of 2006 to discuss the possibility of Mr. Humphreys producing "Getting Out of The City" for The Inspiration Networks.

6. In April of 2006 Mr. Humphreys flew to North Carolina, which was then the home of The Inspiration Networks, and met Ms. Oden and others to show them the demo length pilot for "Getting Out of The City."

7. During the April 2006 meeting, Ms. Oden indicated that she loved the "Getting Out of The City" pilot and thought that it would make a great fit for iLifetv, a daughter network of The Inspiration Networks, and that she was going to pass along Mr. Humphreys' materials to Ron Shuping, head of programming for The Inspiration Networks, and that he would most likely pass them along to Christie Legg, Vice President of iLifetv.

8. Approximately a week after the April 2006 meeting, Mr. Humphreys was contacted by Christie Legg to further discuss the possibility of The Inspiration Networks picking up "Getting Out of The City."

9. On May 2, 2006 Mr. Humphreys submitted a budget to Ms. Legg which provided for 13 episodes of "Getting Out of The City" at $20,000 per episode, which would begin being paid to Mr. Humphreys in December of 2006. This budget was confirmed several times from May 2006 and into 2007 through several emails between Ms. Legg and Mr. Humphreys.

10. On May 11, 2006 Mr. Humphreys received a letter of intent from Ms. Legg which stated that The Inspiration Networks would pick up air time on its network for "Getting Out of The City," The Inspiration Networks would schedule "Getting Out of The City" at

2

such times that it would receive distribution on each of its affiliates, and that Mr. Humphreys could use the letter of intent to solicit and secure necessary sponsorship and funding for the continued production of "Getting Out of The City."

11. After receiving the letter of intent from the Inspiration Networks, Mr. Humphreys, as per the advice of Ms. Legg, used the letter of intent to secure a $50,000 line of credit from American Bank in Waco, TX for the continued production of "Getting Out of The City."

12. After receiving the line of credit, Mr. Humphreys used the funds to employ a Dallas company to compose music for "Getting Out of The City" and to travel to European and Mediterranean destinations several times to complete production of the remaining episodes.

13. From September through December of 2006 there was regular correspondence between Mr. Humphreys and Ms. Legg regarding the progress of "Getting Out of the City."

14. In December of 2006, Mr. Humphreys, knowing that he was to begin delivering episodes soon, began to inquire as to how he was to format the programs. It was at this time that Ms. Legg informed Mr. Humphreys that The Inspiration Networks had been unable to discuss Mr. Humphreys' program during their budget meeting and that it would have to be brought up during a January 2007 meeting to discuss new programming.

15. In January of 2007, Mr. Humphreys continually inquired as to the progress of the budget meetings as well as technical information concerning delivery of "Getting Out of the City." Ms. Legg responded to Mr. Humphreys' technical questions but was continually evasive as to the status of the budget meetings.

16. Toward the end of January 2007, The Inspiration Networks released a press release stating that they were breaking ground on a new campus in South Carolina, their present location.

17. On February 6, 2007 Ms. Legg sent an email to Mr. Humphreys which stated that no money had been allocated to The Inspiration Networks for funding of new programs for 2007. However, the email stated that the situation would be reevaluated in a few months and that Mr. Humphreys would be at the top of her list when their budget would allow for new programming.

18. Mr. Humphreys, believing his contract with The Inspiration Networks to still be in effect, refrained from pitching "Getting Out of The City" to other networks from February 2007 until the middle of 2008 when correspondence between the parties ceased; Mr. Humphreys having never been paid for the 13 episodes he had taken the line of credit out to produce.

19. The May 11, 2006 letter of intent and corresponding email and telephone conversations between Mr. Humphreys and Ms. Legg constituted a valid and enforceable contract between The Inspiration Networks and Mr. Humphreys for the network to pick up Mr. Humphreys' travel program "Getting Out of The City."

20. The terms of this contract were 13 episodes at $20,000 an episode for a total of $260,000.

21. The Inspiration Networks breached the parties' contract under Texas Law by reneging on its promise to pick up "Getting Out of The City."

Mr. Humphreys prays this court to grant him his benefit of the bargain damages of $260,000. Alternatively, Mr. Humphreys prays for restitution of the $50,000 line of

4

credit he took out in reliance of The Inspiration Networks' letter of intent. If the court finds no valid contract between the parties, Mr. Humphreys prays for Quantum Meruit. Mr. Humphreys will additionally seek to recover his attorneys fees under Chapter 38 of the Texas Civil Practice & Remedies Code.

Joshua Jones
Attorney for Plaintiff
Texas State Bar Number: 24065517
August 17, 2009

The Law Office of Joshua G. Jones
401 Congress Ave Ste 1540
Austin, TX 78701
Telephone: 512-687-6221
Fax: 512-687-6222



**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Chris Humphreys

**DEFENDANTS**
The Inspiration Networks

**(b)** County of Residence of First Listed Plaintiff   McLennan
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
The Law Office of Joshua G. Jones
401 Congress Ave Ste. 1540
Austin, TX 78701          Tel: 512-687-6221

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  ☐ 365 Personal Injury - Product Liability |  | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  |  | ☐ 660 Occupational Safety/Health |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  |  ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332

Brief description of cause:
Breach of Contract due to Inspiration Networks' failure to pick up Mr. Humphreys' television program as agreed.

## VII. REQUESTED IN COMPLAINT:
- ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 260,000.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE   08/17/2009

SIGNATURE OF ATTORNEY OF RECORD   /s/ Joshua Jones

**FOR OFFICE USE ONLY**

RECEIPT # ____   AMOUNT ____   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

INTAKE COPY

# FILING FEE RECEIPT COPY

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 6
Receipt Number: 600002145
Cashier ID: smiles
Transaction Date: 08/18/2009
Payer Name: LAW OFFICE OF JOSHUA G JONES
------------------------------------
CIVIL FILING FEE
 For: LAW OFFICE OF JOSHUA G JONES
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 1013
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

CIVIL CASE FILING FEE.
6:09-CV-206.  CHRIS HUMPHREYS VS
THE INSPIRATION NETWORKS.  CHECK
PAID BY THE LAW OFFICE OF JOSHUA G.
JONES; 401 CONGRESS AVENUE, STE
1540; AUSTIN, TX  78701
```